■ Dana Mesler et al., Respondents, v PODD LLC et al., Defendants, and JJK Management, Inc., Appellant. Developers Diversified Realty Corporation et al., Third-Party Plaintiffs-Respondents, v JJK Management, Inc., Third-Party Defendant-Appellant. (Appeal No. 2.) [932 NYS2d 756]—■

It is hereby ordered that the order so appealed from is unanimously reversed on the law without costs, the cross motion of defendant JJK Management, Inc. for summary judgment dismissing the amended complaint against it is granted, that part of the motion of defendants-third-party plaintiffs Developers Diversified Realty Corporation and BG BCF, LLC seeking a conditional order of indemnification in the alternative is denied, and the matter is remitted to Supreme Court, Erie County, to decide that part of the motion seeking compensatory damages in the alternative.

Same memorandum as in *Mesler v Podd LLC* (89 AD3d 1533 [2011]). Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.